JULIUS KESSLER & CO. v. KLEIN.

(Circuit Court of Appeals, Eighth Circuit. March, 22, 1910.)

No. 3,063.

Appeal from the Circuit Court of the United States for the District of Nebraska.

Suit by Julius Kessler & Co. against Meyer Klein. From a decree dismissing the bill, plaintiff appeals. Reversed and remanded.

James L. Hopkins, for appellant.

Sylvester R. Rush, for appellee.

Before HOOK and ADAMS, Circuit Judges, and AMIDON, District Judge.

ADAMS, Circuit Judge. This is an appeal from a decree dismissing a bill for want of equity. The relief sought was an injunctive order against the infringement of a trade-mark and an accounting of damages and profits.

The facts and questions of law involved are substantially like those in the case of Kessler & Company v. Goldstrom (just decided) 177 Fed. 392, and for the reasons stated in that case the decree in this must be reversed, and the cause remanded to the Circuit Court, with directions to enter a decree awarding complainant the injunctive relief prayed for in the bill, and conforming in other respects to the views expressed in the opinion in that case.